```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

OKLAHOMA FIREFIGHTERS PENSION &
RETIREMENT SYSTEM,                              23-cv-5095 (JGK)

              Plaintiff,           ORDER

    - against -

DEUTSCHE BANK AKTIENGESELLSCHAFT,
ET AL.,

              Defendants.
―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiff should respond to the defendants' letter request for a pre-motion conference (ECF No. 51) by **August 21, 2023.** The parties are directed to appear, by phone, for a pre-motion conference in connection with the anticipated motions to dismiss on **September 14, 2023,** at **11:00 a.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
            August 14, 2023

                                          /s/ John G. Koeltl
                                             **John G. Koeltl
                                    United States District Judge**