UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM,

        Plaintiff,

- against -

DEUTSCHE BANK AKTIENGESELLSCHAFT, ET AL.,

        Defendants.

23-cv-5095 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference on **Friday, September 27, 2024**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           September 23, 2024

                                        John G. Koeltl
                                  United States District Judge