```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, | 23-cv-5095 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| DEUTSCHE BANK AKTIENGESELLSCHAFT (F/K/A DEUTSCHE BANK AG), ET AL., | |
| Defendants. | |

**JOHN G. KOELTL, District Judge:**

During the telephone conference held on September 27, 2024, the Court denied the plaintiff's request for expedited discovery.

The time for the plaintiff to move to file an amended complaint is extended to Friday, **October 18, 2024**. The defendants may respond by **November 8, 2024**. The plaintiffs may reply by **November 26, 2024**. If the plaintiff does not move to file an amended complaint by **October 18, 2024**, the current complaint will be dismissed with prejudice.

The Clerk is respectfully directed to close ECF No. 90.

SO ORDERED.

Dated:   New York, New York
         September 27, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　United States District Judge