UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT (F/K/A DEUTSCHE BANK AG); DEUTSCHE BANK SECURITIES INC.; CITIGROUP GLOBAL MARKETS LIMITED; CITIGROUP GLOBAL MARKETS INC.; RBC EUROPE LIMITED; RBC CAPITAL MARKETS LLC; HSBC BANK PLC; HSBC SECURITIES (USA) INC.; MORGAN STANLEY & CO. INTERNATIONAL PLC; and MORGAN STANLEY & CO. LLC,<br><br>      Defendants. | Case No. 1:23-cv-05095<br><br>The Honorable John G. Koeltl |

**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF STIPULATION AND AGREEMENT OF SETTLEMENT WITH CITIGROUP GLOBAL MARKETS LIMITED, CITIGROUP GLOBAL MARKETS INC., HSBC BANK PLC, HSBC SECURITIES (USA) INC., RBC EUROPE LIMITED, RBC CAPITAL MARKETS, LLC, MORGAN STANLEY & CO. INTERNATIONAL PLC, AND <u>MORGAN STANLEY & CO. LLC</u>**

  **PLEASE TAKE NOTICE** that Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff") will, and hereby does, move the Court pursuant to Fed. R. Civ. P. 23(e) for an order preliminarily approving the proposed settlement with Citigroup Global Markets Limited, Citigroup Global Markets Inc., HSBC Bank plc, HSBC Securities (USA) Inc., RBC Europe Limited and RBC Capital Markets, LLC, Morgan Stanley & Co. International plc, and Morgan Stanley & Co. LLC (together, "Settling Defendants").

Submitted herewith in support of this Motion are the:

(1) Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Stipulation and Agreement of Settlement with Settling Defendants; and

(2) Declaration of Patrick Coughlin in Support of Motion for Preliminary Approval of Stipulation and Agreement of Settlement with Settling Defendants and accompanying exhibit.

Dated: October 31, 2024

          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

          *s/ Patrick Coughlin*
          PATRICK COUGHLIN
          CARMEN MEDICI (*pro hac vice*)
          FATIMA BRIZUELA
          PATRICK J. RODRIGUEZ
          DANIEL J. BROCKWELL (*pro hac vice*)
          JOHN SMALLWOOD (*pro hac vice*)
          600 W. Broadway, Suite 3300
          San Diego, CA 92101
          Telephone: 619-233-4565
          Facsimile:  619-233-0508
          pcoughlin@scott-scott.com
          cmedici@scott-scott.com
          fbrizuela@scott-scott.com
          dbrockwell@scott-scott.com
          jsmallwood@scott-scott.com
          prodriguez@scott-scott.com

          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
          KRISTEN M. ANDERSON
          DONALD A. BROGGI
          MICHELLE E. CONSTON
          The Helmsley Building
          230 Park Ave., 24th Floor
          New York, NY 10169
          Telephone: 212-223-6444
          Facsimile:  212-223-6334
          kanderson@scott-scott.com
          dbroggi@scott-scott.com
          mconston@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
DAVID R. SCOTT
AMANDA LAWRENCE
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile:  860-537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com

*Counsel for Plaintiff Oklahoma Firefighters Pension and Retirement System, and Proposed Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                             *s/ Patrick Coughlin*
                                          PATRICK COUGHLIN