UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

OKLAHOMA FIREFIGHTERS PENSION AND
RETIREMENT SYSTEM,                           23-cv-5095 (JGK)

                Plaintiff,           ORDER

    - against -

DEUTSCHE BANK AKTIENGESELLSCHAFT
(F/K/A DEUTSCHE BANK AG), ET AL.,

                Defendants.
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff has filed a motion for preliminary approval of a class action settlement against the defendants Citigroup Global Markets Limited, Citigroup Global Markets Inc., HSBC Bank PLC, HSBC Securities (USA) Inc., RBC Europe Limited, RBC Capital Markets, LLC, Morgan Stanley & Co. International PLC, and Morgan Stanley & Co. LLC (collectively, the "Settling Defendants").

    The parties are directed to appear for a conference regarding the proposed settlement on **Wednesday, January 8, 2025,** at **11:00 a.m.** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Dated:    New York, New York
           December 23, 2024

                                            _/s/ John G. Koeltl_
                                            John G. Koeltl
                                   **United States District Judge**