UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------

OKLAHOMA FIREFIGHTERS PENSION AND
RETIREMENT SYSTEM,                           23-cv-5095 (JGK)

                Plaintiff,      ORDER

    - against -

DEUTSCHE BANK AKTIENGESELLSCHAFT
(F/K/A DEUTSCHE BANK AG), ET AL.,

                Defendants.
--------------------------------------

**JOHN G. KOELTL, District Judge:**

    The time for the parties to submit additional papers in connection with the proposed settlement is **January 13, 2025**. The time for the parties to submit any responses is **January 17, 2025**.

**SO ORDERED.**

Dated:    New York, New York
           January 8, 2025

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                              United States District Judge