## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT (F/K/A DEUTSCHE BANK AG); DEUTSCHE BANK SECURITIES INC.; CITIGROUP GLOBAL MARKETS LIMITED; CITIGROUP GLOBAL MARKETS INC.; RBC EUROPE LIMITED; RBC CAPITAL MARKETS LLC; HSBC BANK PLC; HSBC SECURITIES (USA) INC.; MORGAN STANLEY & CO. INTERNATIONAL PLC; and MORGAN STANLEY & CO. LLC,<br><br>                     Defendants. | Case No. 1:23-cv-05095<br><br>The Honorable John G. Koeltl |

### PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF AMENDED STIPULATION AND AGREEMENT OF SETTLEMENT WITH CITIGROUP GLOBAL MARKETS LIMITED, CITIGROUP GLOBAL MARKETS INC., HSBC BANK PLC, HSBC SECURITIES (USA) INC., RBC EUROPE LIMITED, RBC CAPITAL MARKETS, LLC, MORGAN STANLEY & CO. INTERNATIONAL PLC, AND MORGAN STANLEY & CO. LLC

**PLEASE TAKE NOTICE** that Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff") will, and hereby does, move the Court pursuant to Fed. R. Civ. P. 23(e) for an order (1) preliminarily approving the proposed amended settlement with Citigroup Global Markets Limited, Citigroup Global Markets Inc., HSBC Bank plc, HSBC Securities (USA) Inc., RBC Europe Limited and RBC Capital Markets, LLC, Morgan Stanley & Co. International plc, and Morgan Stanley & Co. LLC (together, "Settling Defendants"); (2) approving Huntington National

Bank as Escrow Agent; (3) approving A.B. Data, Ltd. as Claims Administrator; (4) approving proposed forms of notice to the proposed settlement class; and (5) authorizing notice as provided in the Order.

Submitted herewith in support of this Motion are the:

(1)    Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Amended Stipulation and Agreement of Settlement with Settling Defendants; and

(2)    Declaration of Patrick Coughlin in Support of Motion for Preliminary Approval of Amended Stipulation and Agreement of Settlement with Settling Defendants and accompanying exhibits.

Dated: January 22, 2025

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

      *s/ Patrick Coughlin*
PATRICK COUGHLIN
CARMEN MEDICI (*pro hac vice*)
FATIMA BRIZUELA
PATRICK J. RODRIGUEZ
DANIEL J. BROCKWELL (*pro hac vice*)
JOHN SMALLWOOD (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com
dbrockwell@scott-scott.com
jsmallwood@scott-scott.com
prodriguez@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
KRISTEN M. ANDERSON
DONALD A. BROGGI
MICHELLE E. CONSTON
The Helmsley Building
230 Park Ave., 24th Floor

New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
kanderson@scott-scott.com
dbroggi@scott-scott.com
mconston@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
DAVID R. SCOTT
AMANDA LAWRENCE
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile:  860-537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com

*Counsel for Plaintiff Oklahoma Firefighters*
*Pension and Retirement System, and Proposed*
*Class Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 22, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

<u>  *s/ Patrick Coughlin*       </u>
PATRICK COUGHLIN