```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

OKLAHOMA FIREFIGHTERS PENSION AND
RETIREMENT SYSTEM,                          23-cv-5095 (JGK)

        Plaintiff,                   ORDER

  - against -

DEUTSCHE BANK AKTIENGESELLSCHAFT
(F/K/A DEUTSCHE BANK AG), ET AL.,

        Defendants.

-----------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff has filed a Notice of Motion for Preliminary Approval of Amended Stipulation and Agreement of Settlement with various defendants. ECF No. 113. Any responses or objections must be filed by **February 12, 2025**. Any replies must be filed by **February 21, 2025**.

    The Court will hold a hearing on the Motion on March 17, 2025 at 2:30 p.m. in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:   New York, New York
        January 23, 2025

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge