**SCOTT+SCOTT**     PATRICK+COUGHLIN

+ Via ECF +

July 11, 2025

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.

7/14/25

Honorable John G. Koeltl, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *Okla. Firefighters Pension and Ret. Sys. v. Deutsche Bank Aktiengesellschaft, et al.*, **No. 1:23-cv-05095**

Dear Judge Koeltl:

Pursuant to Rule VII.A.2 of the Court's Individual Practices, Plaintiff Oklahoma Firefighters Pension and Retirement System ("OKFPRS") moves for leave to file the First Amended Consolidated Class Action Complaint ("FAC") under seal. Plaintiff has filed a redacted version of this document on the public docket.

The Court previously approved sealing of this document in granting the application of Settling Defendants[1] in connection with OKFPRS's motion for leave to amend the complaint. *See* ECF No. 144; *see also* ECF No. 141-1. Now that leave has been granted, OKFPRS is requesting sealing for the same reasons previously endorsed by the Court, namely that the FAC relies on materials designated "Confidential" by Settling Defendants pursuant to the terms of the March 25, 2025 Stipulation and Protective Order Governing the Confidentiality of Cooperation Materials. ECF No. 128. Moreover, the scope of the redactions is identical to what the Court previously approved. *See* ECF No. 138-1.

We are available to discuss any questions the Court may have.

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Patrick Coughlin*
PATRICK COUGHLIN
FATIMA BRIZUELA
PATRICK J. RODRIGUEZ
DANIEL J. BROCKWELL (admitted *pro hac vice*)

---

[1] "Settling Defendants" are Defendants Citigroup Global Markets Limited, Citigroup Global Markets Inc., RBC Europe Limited, RBC Capital Markets LLC, HSBC Bank plc, HSBC Securities (USA) Inc., Morgan Stanley & Co International Plc and Morgan Stanley & Co. LLC.

The Hon. John G. Koeltl, U.S.D.J.
July 11, 2025
Page 2

        JONATHAN SMALLWOOD (admitted *pro hac vice*)
        600 W. Broadway, Suite 3300
        San Diego, CA 92101
        Telephone: 619-233-4565
        Facsimile: 619-233-0508
        pcoughlin@scott-scott.com
        fbrizuela@scott-scott.com
        prodriguez@scott-scott.com
        dbrockwell@scott-scott.com
        jsmallwood@scott-scott.com

        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
        KRISTEN M. ANDERSON
        DONALD A. BROGGI
        MICHELLE E. CONSTON
        The Helmsley Building
        230 Park Ave., 24th Floor
        New York, NY 10169
        Telephone: 212-223-6444
        Facsimile: 212-223-6334
        kanderson@scott-scott.com
        dbroggi@scott-scott.com
        mconston@scott-scott.com

        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
        DAVID R. SCOTT
        AMANDA LAWRENCE
        156 South Main Street
        P.O. Box 192
        Colchester, CT 06415
        Telephone: 860-537-5537
        Facsimile: 860-537-4432
        david.scott@scott-scott.com
        alawrence@scott-scott.com

        *Counsel for Plaintiff Oklahoma Firefighters*
        *Pension and Retirement System, and Proposed*
        *Class Counsel*

cc: All Parties of Record via ECF