# Simpson Thacher & Bartlett LLP

900 G STREET NW, SUITE 900
WASHINGTON, D.C. 20001

TELEPHONE: +1-202-636-5500
FACSIMILE: +1-202-636-5502

Direct Dial Number
+1-202-636-5858

**APPLICATION GRANTED
SO ORDERED**

_/s/ John G. Koeltl_
John G. Koeltl, U.S.D.J.
9/9/25

E-mail Address
john.terzaken@stblaw.com

VIA ECF

September 9, 2025

Re:   *Okla. Firefighters Pension and Ret. Sys., et al. v. Deutsche Bank Aktiengesellschaft, et al.*, No. 1:23-cv-05095

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
Courtroom 14A
500 Pearl Street
New York, NY 10007

Dear Judge Koeltl:

Pursuant to Rule VII.A.2 of the Court's Individual Practices, Defendants Deutsche Bank Aktiengesellschaft and Deutsche Bank Securities Inc. (collectively, "Deutsche Bank") move for leave to file their Memorandum of Law in Support of the Deutsche Bank Defendants' Motion to Dismiss For Failure to State a Claim and For Lack of Personal Jurisdiction ("Motion to Dismiss") and accompanying Exhibit A under seal. Deutsche Bank has filed redacted versions of these documents on the public docket.

The Court previously approved sealing of Plaintiffs' Motion for Leave to Amend and First Amended Consolidated Class Action Complaint. *See* Dkt. Nos. 144, 154, 159. Consistent with the Court's previous orders, Deutsche Bank seeks leave to file under seal those portions of the Motion to Dismiss and Exhibit A that Plaintiffs have redacted in filings on the public docket. Accordingly, Deutsche Bank has applied redactions consistent with those applied to Plaintiffs' Corrected Redacted First Amended Class Action Complaint (Dkt. No. 161) and Exhibit 3 – REDACTED Appendix of Trader Chats (Dkt. No. 138-3).

Respectfully,

*/s/ John Terzaken*

John Terzaken

cc:   All Parties of Record via ECF