Via ECF

November 10, 2025

Honorable John G. Koeltl, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.

11/11/25

Re:   *Okla. Firefighters Pension and Ret. Sys., et al. v. Deutsche Bank Aktiengesellschaft, et al.*, **No. 1:23-cv-05095**

Dear Judge Koeltl:

Pursuant to Rule VII.A.2 of the Court's Individual Practices, Plaintiffs Oklahoma Firefighters Pension and Retirement System, Ohio Carpenters Pension Fund, and Hehmeyer, LLC move for leave to file their Memorandum of Law in Opposition of the Deutsche Bank Defendants' Motion to Dismiss under seal. Plaintiffs filed the redacted version of this document on the public docket.

These materials were filed under seal in Plaintiffs' First Amended Complaint (ECF No. 153) and the redactions in the Public Corrected Redacted First Amended Complaint (ECF No. 161) were approved by the Court on September 1, 2025 (ECF No. 159). Accordingly, Plaintiffs have applied redactions consistent with those previously applied and approved by the Court.

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Patrick Coughlin*
PATRICK COUGHLIN
CARMEN MEDICI (admitted *pro hac vice*)
FATIMA BRIZUELA
PATRICK J. RODRIGUEZ
DANIEL J. BROCKWELL (admitted *pro hac vice*)
JONATHAN SMALLWOOD (admitted *pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
pcoughlin@scott-scott.com
fbrizuela@scott-scott.com
prodriguez@scott-scott.com
dbrockwell@scott-scott.com
jsmallwood@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
KRISTEN M. ANDERSON
DONALD A. BROGGI

The Hon. John G. Koeltl, U.S.D.J.
November 10, 2025
Page 2

MICHELLE E. CONSTON
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
kanderson@scott-scott.com
dbroggi@scott-scott.com
mconston@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
DAVID R. SCOTT
AMANDA LAWRENCE
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com

*Counsel for Plaintiff Oklahoma Firefighters Pension and Retirement System, Plaintiff Ohio Carpenters Pension Fund, and Proposed Gilt Bonds Class Counsel*

**LOWEY DANNENBERG, P.C.**
VINCENT BRIGANTI
RAYMOND GIRNYS
ROLAND ST. LOUIS
44 South Broadway, Suite 1100
White Plains, NY 10601
Phone: (914) 997-0500
vbriganti@lowey.com
rgirnys@lowey.com
rstlouis@lowey.com

**BURKE LLP**
CHRISTOPHER BURKE
KATE LV
402 W. Broadway, Suite 1890
San Diego, CA 92101
Phone: (619) 369-8244
cburke@burke.law
klv@burke.law

**CRIDEN & LOVE, P.A.**
MICHAEL E. CRIDEN
LINDSEY C. GROSSMAN

The Hon. John G. Koeltl, U.S.D.J.
November 10, 2025
Page 3

2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Phone: (786) 574-2695
MCriden@cridenlove.com
lgrossman@cridenlove.com

*Counsel for Plaintiff Hehmeyer, LLC, and Proposed Exchange Class Counsel*

cc: All Parties of Record via ECF